UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**
RODGERS ADAMS

CHAPTER 13
CASE NO. 05-63585-SWR
JUDGE STEVEN W RHODES

Debtor _____ /

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name and Account Number | COURT CLM. # | TRUSTEE CLM. # | CLASS OF CLAIM | CHECK # | AMT. OF CHECK |
|---|---|---|---|---|---|
| RODGERS ADAMS<br>19450 CHEYENNE ST<br>DETROIT, MI 48235 | 0 | 0 | Debtor Refund Unclaimed | 3396429 | $12.28 |
| **TOTAL** | | | | | $12.28 |

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE-DETROIT
Krispen S. Carroll, Chapter 13 Standing Trustee

August 02, 2010

/s/ KRISPEN S. CARROLL_____
KRISPEN S. CARROLL (P49817)
719 Griswold
Suite 1100
Detroit, MI 48226
(313) 962-5035
notice@det13ksc.com